UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
AMTRUST BANK,

                            Plaintiff,

                - against -

RUBIN & LICATESI, P.C., RICHARD HARRIS
RUBIN, ESQ., EDWARD SAVRAN, ESQ.,
ROSEMARY HAYDEN, NMR ADVANTAGE
ABSTRACT, LTD., and SELECT SERVICE
ABSTRACT, INC.,

                            Defendants.
-----------------------------------------------------------------X

Docket No.: 12-cv-5957
(ADS) (ARL)

Judge Arthur D. Spatt

Magistrate Arlene R. Lindsay

DECLARATION OF
PETER D. SUGLIA IN
SUPPORT OF MOTION
FOR LEAVE TO FILE
THIRD-PARTY ACTION

Peter D. Suglia, an attorney duly admitted to practice law before the United States District Court for the Eastern District of New York declares, pursuant to 28 U.S.C. § 1746 under penalty of perjury that:

1.     I am of counsel to McManus & Richter, P.C., attorneys for the Defendants Rubin & Licatesi, P.C., and Richard Harris Rubin, Esq. (collectively referred to as the "Rubin Defendants"), an, as such, I am fully familiar with the facts and circumstances set forth herein.

2.     I submit this Declaration in Support of the Rubin Defendants' motion pursuant to Rule 14 of the Federal Rules of Civil Procedure for an order granting leave to the Rubin Defendants' to file a third-party action seeking contribution. The purpose of this Declaration is to put before the Court documents in support of the Rubin Defendants' motion.

3.     Attached hereto as Exhibit A is a true and correct copy of Plaintiff's complaint.

4.     Attached hereto as Exhibit B is a true and correct copy of the Rubin Defendants' Amended Answer to Plaintiff's complaint.

1

5. Attached hereto as Exhibit C are copies of the proposed Third-Party Summons and Complaint that that the Rubin Defendants' seek leave of the Court to file.

6. Based on the foregoing and the accompanying Memorandum of Law, it is respectfully requested that the instant motion be granted in its entirety and for whatever further relief that this Court may deem just and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           April 29, 2014

                                                    _____
                                                         Peter D. Suglia