UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK<br><br>         Plaintiff,<br>v.<br><br>RUBIN & LICATESI, P.C., *et al.*<br>         Defendants. | Case No.: 12-CV-05957<br><br>**AMENDED STIPULATED ORDER DISMISSING WITH PREJUDICE ALL CLAIMS BETWEEN FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK, DEFENDANT EDWARD SAVRAN, AND DEFENDANT ROSEMARY HAYDEN** |

Plaintiff, Federal Deposit Insurance Corporation as Receiver for AmTrust Bank ("FDIC-R"), Defendant, Edward Savran ("Savran"), and Defendant, Rosemary Hayden ("Hayden") hereby agree and stipulate that the claims among them in this matter have been settled and that all claims between FDIC-R and Savran, the FDIC-R and Hayden, the cross-claims asserted by Savran and Hayden against each other, and the cross-claims asserted by Hayden and Savran against Defendant NMR shall be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs.

This dismissal with prejudice of all claims among the FDIC-R, Savran, and Hayden does not affect the claims between FDIC-R and any other Defendant whose claims have not been dismissed.

Following the dismissal of the Defendants Savran and Hayden, the amended caption for the case shall be:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK<br><br>　　　　　Plaintiff,<br>v.<br><br>RUBIN & LICATESI, P.C.,  RICHARD HARRIS RUBIN, ESQ., NMR ADVANTAGE ABSTRACT, LTD., and SELECT SERVICE ABSTRACT, INC.<br><br>　　　　　Defendants. | Case No.: 12-CV-05957 (ADS)(ARL) |

Respectfully submitted,

/s/ *William W. Jacobs*　　　　　　　　　　　　/s/ *Janice J. DiGennaro (per consent)*
THOMPSON HINE LLP　　　　　　　　　　　RIVKIN RADLER LLP
William W. Jacobs, Esq.　　　　　　　　　　　Janice J. DiGennaro, Esq.
Frank R. DeSantis, Esq.　　　　　　　　　　　EAB Plaza
James L. DeFeo, Esq.　　　　　　　　　　　　Uniondale, NY 11556
Laura Watson Aquila, Esq.　　　　　　　　　　516.357.3548
3900 Key Center
127 Public Square　　　　　　　　　　　　　*Attorney for Defendant Edward Savran*
Cleveland, Ohio 44114-1291
(216) 566-5533　　　　　　　　　　　　　　/s/ *John H. Somoza (per consent)*
　　　　　　　　　　　　　　　　　　　　　MELITO & ADOLFSEN P.C.
AND　　　　　　　　　　　　　　　　　　John H. Somoza, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael F. Panayotou, Esq.
THOMPSON HINE LLP　　　　　　　　　　　233 Broadway, Suite 1010
Joseph W. Muccia　　　　　　　　　　　　　New York, NY 10279
Emily Mathieu　　　　　　　　　　　　　　　212.238.8990
335 Madison Avenue, 12th Floor
New York, New York, 10017　　　　　　　　*Attorney for Defendant Rosemary Hayden*
212-344-5680

*Attorneys for Plaintiff*
*Federal Deposit Insurance Corporation as*

2

*Receiver for AmTrust Bank*

**IT IS SO ORDERED.**

_____        _____
Judge Arthur D. Spatt                                                                    Date

## **CERTIFICATE OF SERVICE**

  I certify that on November 12, 2014, the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of New York using the Court's CM/ECF system, which will send electronic notification and electronic copies of such filing to all counsel of record.

              */s/ William W. Jacobs*
              William W. Jacobs